UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
STRIKE 3 HOLDINGS, LLC,                                     :
                                                            :   Case No. 1:22-cv-06840-NGG-CLP
                        Plaintiff,                          :
                                                            :
          vs.                                               :
                                                            :
JOHN DOE subscriber assigned IP address                     :
100.2.206.133,                                              :
                                                            :
                        Defendant.                          :
------------------------------------------------------------X
```

## PLAINTIFF'S VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 100.2.206.133, are voluntarily dismissed with prejudice.

Dated: April 25, 2023                          Respectfully submitted,

                                                                                                                  THE ATKIN FIRM, LLC
                                                                                                                   By:  */s/ John C. Atkin*
                                                                                                                   John C. Atkin, Esq.
                                                                                                                   400 Rella Blvd., Ste. 165
                                                                                                                   Suffern, NY 10901
                                                                                                                   Tel: (973) 314-8010
                                                                                                                   Fax: (833) 693-1201
                                                                                                                   JAtkin@atkinfirm.com
                                                                                                                   *Attorneys for Plaintiff*