UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 100.2.206.133,

                Defendant.
---------------------------------------------------------------X

Case No. 1:22-cv-06840-NGG-CLP

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 100.2.206.133, are voluntarily dismissed with prejudice.

Dated: April 25, 2023

Respectfully submitted,

THE ATKIN FIRM, LLC
By: */s/ John C. Atkin*
John C. Atkin, Esq.
400 Rella Blvd., Ste. 165
Suffern, NY 10901
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff*

**So Ordered.**

s/ Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 4/26/23

1